THE PEOPLE ex rel. THE NEW YORK AND EASTERN TELEGRAPH AND TELEPHONE COMPANY, Respondent, *v.* GEORGE W. PLYMPTON et al., Commissioners, etc., Appellants.

(Argued March 11, 1895; decided April 9, 1895.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made the second Monday of December, 1894, which affirmed an order of Special Term granting to the relator a peremptory writ of mandamus.

*William B. Hornblower* for appellants.

*E. H. Benn* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

LOUISA M. GERRY, Respondent, *v.* WILLIAM H. LIDDLE, Appellant.

(Argued March 11, 1895; decided April 9, 1895.)

APPEAL from order of the General Term of the Supreme Court in the fourth judicial department, made November 20, 1894, which reversed an order made at Circuit denying a motion by plaintiff for a certificate that the title to real estate came in question upon the trial of the above-entitled action, under section 3248 of the Code of Civil Procedure.

*Barna Johnson* for appellant.

*G. W. Youmans* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.